**DISMISS; and Opinion Filed January 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00726-CV

## IN THE MATTER OF T.S., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-77659-X-305th**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated July 5, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130726F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF T.S., MINOR CHILD

No. 05-13-00726-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JD-77659-X-305th.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 22nd day of January, 2014.


/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE